# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| GOLDEN SPREAD ELECTRIC COOPERATIVE, INC., | § § § § § | |
| *Plaintiff*, | § | |
| VS. | § | CIVIL ACTION NO. 3:22-cv-58 |
| | § | |
| HARTFORD UNDERWRITERS INSURANCE COMPANY, | § § § § | |
| *Defendant*. | § | |

## **ORDER**

The court has received the plaintiff's notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. 23. Accordingly, the case is dismissed without prejudice.

Signed on Galveston Island this 22nd day of July, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE